# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

July 6, 2016

**By the Court:**

| | |
|---|---|
| ARMANI BELL,<br>     Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 16-2874                    v. | ] Illinois, Eastern Division.<br>] |
| CITY OF CHICAGO, et al.,<br>     Defendants-Appellees. | ] No. 1:14-cv-06627<br>]<br>] Joan Humphrey Lefkow, Judge. |

<u>O R D E R</u>

A preliminary review of the short record indicates that the sanctions order may not be appealable by plaintiff Armani Bell.

The district court sanctioned plaintiff's counsel, not plaintiff, stating "the court grants the motion [for sanctions] and imposes the sanction of an admonition to Bell's counsel that he is obligated and expected to have an objectively reasonable basis for filing a law suit in this court." But plaintiff's counsel has not appealed the sanctions order. As such, this order does not appear to be reviewable. *See Halim v. Great Gatsby's Auction Gallery, Inc.*, 516 F.3d 557, 564 (7th Cir. 2008); *Read v. Great Lakes Companies, Inc.*, 330 F.3d 931, 933 (7th Cir. 2003); *see also Feldman v. Olin Corp.*, 673 F.3d 515, 516 (7th Cir. 2012). Accordingly,

IT IS ORDERED that plaintiff-appellant shall file, on or before July 20, 2016, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction as to the sanctions order. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be suspended pending further court order.

<u>NOTE</u>:     Caption document "JURISDICTIONAL MEMORANDUM." The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.